# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TONY GENE LANG, #289263,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION 20-0375-CG-MU |
| | ) |
| **RICHARD STRINGER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

**DONE** and **ORDERED** this the 3rd day of February 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE