IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TONY GENE LANG, #289263,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 20-0375-CG-MU |
| | ) |
| **RICHARD STRINGER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

**DONE** and **ORDERED** this the 3rd day of February, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE